Kate S. O'Scannlain, Solicitor of Labor
James E. Culp, Regional Solicitor
John Rainwater, Associate Regional Solicitor
Lydia Tzagoloff, Counsel for Wage and Hour Division
Tyler P. McLeod, Senior Trial Attorney, CO #39894
1244 Speer Boulevard, Suite 515
Denver, CO  80204
Tel: (303) 844-0936 direct
Fax: (303) 844-1745
Email: mcleod.tyler.p@dol.gov
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>     PLAINTIFF,<br>v.<br><br>KYCO SERVICES LLC, a Utah limited liability company, and KYLE MORRIS, an individual,<br><br>     DEFENDANTS. | CASE NO.<br><br>**COMPLAINT** |

R. Alexander Acosta, Secretary of Labor, United States Department of Labor (the "Secretary"), brings this action to enjoin Defendants Kyco Services LLC ("Kyco") and Kyle Morris, individually and as managing agent of Kyco, from violating the provisions of sections 7, 11, 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.* ("FLSA" or "Act"), and to restrain Defendants from withholding payment of overtime compensation and liquidated damages owed under the FLSA to employees who are named in the attached Exhibit A, for the period of time between December 1, 2013 to August 19, 2016, and the date of judgment, together with an equal additional amount as liquidated damages. In support thereof, the Secretary states as follows:

1

## THE PARTIES

1. The Secretary is authorized to enforce the provisions of the FLSA, and to recover back wages, liquidated damages, and to seek injunctive relief on behalf of employees employed in violation of the FLSA's overtime and record keeping provisions. 29 U.S.C. §§ 207, 211(c), 215(a)(2), 215(a)(5), 216(c), and 217.

2. (a) Kyco is a Utah limited liability company with its principal place of business in Spanish Fork, Utah, and at all relevant times herein, has been engaged in business in Utah as a contractor providing drywall installation services such as framing, hanging, and finishing drywall.

(b) Morris is an individual and the majority owner and manager of Kyco and, at all relevant times herein, resided in Utah and operated Kyco's business in Utah.

3. Morris, at all relevant times herein, has been an employer within the meaning of section 3(d) of the FLSA, 29 U.S.C. § 203(d) in that he was a person acting directly or indirectly in the interests of employees on the payroll of Defendants.

## JURISDICTION AND VENUE

4. The Court has jurisdiction over this action pursuant to sections 16 and 17 of the FLSA, 29 U.S.C. §§ 216 and 217, and by 28 U.S.C. § 1331 (federal question) and § 1345 (United States as Plaintiff).

5. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391 insofar as the subject events or omissions occurred, and Defendants have their principal office and are headquartered, in this Judicial District.

## FLSA STATUTORY COVERAGE

6. At all relevant times herein, Defendants have been an "enterprise" within the meaning of section 3(r) of the FLSA, 29 U.S.C. § 203(r), in that the activities of Defendants have constituted related activities performed through unified operation or common control for a common business purpose.

7. The enterprise referenced in Paragraph 6 has and, at all relevant times herein, has had (a) employees engaged in commerce or in the production of goods for commerce, or in the handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce; (b) an annual gross volume of sales made or business done of not less than $500,000; and (c) constitutes "an enterprise engaged in commerce or in the production of good for commerce" within the meaning of section 3(s)(1)(A) of the FLSA, 29 U.S.C. § 203(s)(1)(A).

## ALLEGATIONS RELATING TO FLSA VIOLATIONS

8. Defendants have violated, and may still be violating, sections 7 and 15(a)(2) of the FLSA by employing their employees in an enterprise engaged in commerce or in the production of goods for commerce, since at least December 2013, without compensating said employees overtime wages for their employment in excess of forty (40) hours in such workweeks. Specifically, Defendants violated the FLSA's overtime provisions by paying nonexempt employees piece rates for all hours worked including all hours worked over 40 in a workweek that should have been compensated at time-and-a-half the employees' regular rates.

9. Defendants, employers subject to the provisions of the FLSA, violated the provisions of sections 11(c) and 15(a)(5) of the FLSA in that they failed to make, keep, and preserve adequate and accurate records of employees and the wages, hours and other conditions

and practices of employment maintained by them as prescribed by regulations duly issued pursuant to authority granted in the FLSA and found in 29 C.F.R. Part 516. Specifically, Defendants failed to record the number of pieces of drywall hung or accurate hourly regular and overtime rates of pay.

10. Defendants have willfully violated sections 7, 11(c), 15(a)(2) and 15(a)(5) in that the Secretary previously investigated Defendants and found violations for failing to pay overtime compensation to nonexempt piece rate employees and to make, keep, and preserve adequate records. The Secretary advised Defendants of the violations and how to pay piece rate employees in compliance with the FLSA and Defendants acknowledged the violations, paid corresponding back wages owed, and agreed to comply in the future.

11. As a result of the violations alleged above, amounts are owing from Defendants to the employees named on Exhibit A (attached hereto and incorporated herein) for the period of December 1, 2013 through August 19, 2016; plus an additional amount as liquidated damages that is equal to the amount of overtime compensation that is due under the FLSA, which is specifically authorized by section 16(b) of the Act, 29 U.S.C. § 216(b).

12. Inasmuch as the violations alleged herein have continued and/or are continuing after August 19, 2016, up to the date of judgment, additional amounts are accruing for employees on Exhibit A and/or employees who are not presently known to the Secretary in amounts presently unknown.

13. A judgment permanently enjoining and restraining the violations alleged herein, including restraint of the continued withholding of compensation found to be due the employees as claimed herein is specifically authorized by section 17 of the FLSA, 29 U.S.C. § 217.

**WHEREFORE**, cause having been shown, the Secretary prays for judgment against Defendants as follows:

1. For an order pursuant to section 17 of the FLSA permanently enjoining and restraining Defendants, their officers, agents, servants, employees, and those persons in active concert or participation with Defendants, from violating sections 7, 11(c), 15(a)(2) and 15(a)(5) of the Act;

2. For an order pursuant to section 16(c) of the FLSA finding Defendants liable for unpaid overtime compensation due to Defendants' employees and for liquidated damages equal in amount to the unpaid compensation found due Defendants' employees listed on Exhibit A, and for additional compensation and liquidated damages that may be owed to employees presently unknown to the Secretary for the period covered by this complaint;

3. In the event liquidated damages are not awarded, for an order pursuant to section 17 of the FLSA enjoining and restraining Defendants from withholding payment of unpaid overtime compensation found due Defendants' employees listed on Exhibit A, and for additional compensation that may be owed to employees presently unknown to the Secretary for the period covered by this complaint, and pre-judgment interest computed at the underpayment rate established by the Secretary of Treasury pursuant to 26 U.S.C § 6621;

4. A monetary award to the Secretary for the costs of this action; and

5. For such other and further relief as this Court deems just and appropriate.

Respectfully submitted,

Kate S. O'Scannlain, Solicitor of Labor
James E. Culp, Regional Solicitor
John Rainwater, Associate Regional Solicitor
Lydia Tzagoloff, Counsel for Wage and Hour Division


/s/Tyler P. McLeod
Tyler P. McLeod
Senior Trial Attorney
U.S. Department of Labor
Office of the Solicitor
1244 Speer Boulevard, Suite 515
Denver, CO  80204-3516
(303) 844-0936
(303) 844-1753 Facsimile
mcleod.tyler.p@dol.gov

**Secy v. Kyco Services, LLC et al.**

Exhibit A

| First Name | Middle | Last Name | Begin Violation | End Violation |
|---|---|---|---|---|
| Osvaldo | | Acosta | 3/18/2016 | 3/18/2016 |
| Orlando | | Aguilar Flores | 10/25/2014 | 2/5/2016 |
| Roberto | | Alfaro | 11/25/2014 | 2/25/2015 |
| Carlos | | Alvarado Solorio | 4/4/2016 | 4/15/2016 |
| Juan M. | | Angel | 12/10/2015 | 4/4/2016 |
| Octavio | | Angel Sierra | 12/10/2015 | 4/29/2016 |
| Arturo | | Arellano | 10/25/2014 | 10/25/2014 |
| Manuel H. | | Avalos Perez | 1/22/2016 | 5/27/2016 |
| Manuel A. | | Ayala | 10/25/2014 | 10/25/2014 |
| Francisco | | Bahena Barragan | 6/10/2016 | 6/10/2016 |
| Esteban M. | | Batres | 10/25/2014 | 5/25/2015 |
| Gerardo | | Bencomo R. | 4/29/2016 | 4/29/2016 |
| Adolfo Paulino | | Benitez | 4/15/2016 | 8/19/2016 |
| Alvaro | | Buzo Marmolejo | 2/5/2016 | 2/5/2016 |
| Richard | | Cabello Retamal | 4/4/2016 | 4/4/2016 |
| Mauricio | | Calderon U. | 4/15/2016 | 4/15/2016 |
| Rogelio | | Calletano Garcia | 1/22/2016 | 2/5/2016 |
| Fredy M. | | Camacho | 10/25/2014 | 7/8/2016 |
| Luis | | Camacho | 7/22/2016 | 8/5/2016 |
| Daniel | | Campos | 12/10/2015 | 12/10/2015 |
| Alejandro | | Campos Rios | 1/22/2016 | 1/22/2016 |
| Israel | | Campos Rios | 3/18/2016 | 4/4/2016 |
| Juan J. | | Campos Rios | 1/22/2016 | 4/4/2016 |
| Alejandro | | Campos Rios (Jr.) | 3/4/2016 | 3/18/2016 |
| Omar | | Campos Villanueva | 3/4/2016 | 3/18/2016 |
| Antonio | | Catalan | 10/25/2014 | 9/25/2015 |
| Jose Zacarias | | Catalan | 10/25/2014 | 4/10/2015 |
| Angel | | Cayetano Garcia | 1/22/2016 | 2/5/2016 |
| Salvador | | Cayetano Garcia | 2/5/2016 | 2/5/2016 |
| Miguel A. | | Chavez | 3/25/2015 | 6/25/2015 |
| Luis Antonio | | Cime | 7/25/2015 | 5/27/2016 |
| Genaro | | Cisneros | 8/10/2015 | 8/10/2015 |
| Jose Ricardo | | Contreras | 12/10/2015 | 7/8/2016 |
| Pedro Ricardo | | Contreras | 12/10/2015 | 7/8/2016 |
| Martin | | Contreras Ramirez | 4/15/2016 | 4/15/2016 |
| Martin | | Contreras Ricardo | 1/22/2016 | 3/18/2016 |
| Rigoberto | | Cornejos | 3/10/2015 | 8/10/2015 |
| Javier | | Covarrubias G. | 12/25/2015 | 8/19/2016 |
| Edmundo | | Covarrubias Gomez | 12/25/2015 | 8/19/2016 |
| Guillermo | | Cuadras | 7/22/2016 | 8/5/2016 |
| Dimas | | Cuevas | 2/25/2015 | 3/10/2015 |
| Richard | | Cuevas | 2/25/2015 | 3/10/2015 |
| Gabino | | Cuevas M. | 2/25/2015 | 3/10/2015 |

Secy v. Kyco Services, LLC et al.

**Exhibit A**

| First Name | Middle | Last Name | Begin Violation | End Violation |
|---|---|---|---|---|
| Jorge Acosta | | Dagnino | 12/10/2015 | 7/8/2016 |
| Encarnation | | de Jesus Miguel | 1/22/2016 | 8/19/2016 |
| Alejandro R. | | Delamar | 6/10/2016 | 8/19/2016 |
| Guillermo | | Diaz | 2/19/2016 | 8/19/2016 |
| Johnny Perez | | Diaz | 12/25/2015 | 8/19/2016 |
| Ivan Jesus | | Diaz Perez | 2/5/2016 | 8/19/2016 |
| Moises | | Dubon-Torres | 10/25/2014 | 6/10/2016 |
| Saul Sigifredo | | Escalante | 12/25/2015 | 8/19/2016 |
| Victor A. | | Espinosa | 2/5/2016 | 8/19/2016 |
| Melissa | | Espinosa Pedroza | 10/25/2014 | 9/25/2015 |
| German | | Espinoza | 10/25/2014 | 3/18/2016 |
| Hugo | | Espinoza | 10/25/2014 | 3/18/2016 |
| Luis A. | | Espinoza | 2/5/2016 | 2/19/2016 |
| Manuel | | Espinoza | 12/10/2015 | 12/10/2015 |
| Jose | | Estrada | 12/10/2015 | 8/19/2016 |
| Ismael | | Fernandez | 10/25/2014 | 1/25/2015 |
| Ismael | | Fernandez Jr. | 7/22/2016 | 7/22/2016 |
| Marco A. | | Figueroa | 10/25/2014 | 10/25/2014 |
| Joshua R. | | Fisher | 7/10/2015 | 7/10/2015 |
| Albert | | Flores | 2/5/2016 | 2/5/2016 |
| Jose F. | | Flores | 2/5/2016 | 2/5/2016 |
| Issachare D. | | Flores M. | 2/10/2015 | 5/10/2015 |
| Bernardino | | Gallegos L. | 9/25/2015 | 10/10/2015 |
| Bernard Palacios | | Garcia | 10/25/2014 | 8/10/2015 |
| Jose | | Garcia | 10/25/2014 | 7/25/2015 |
| Jose David | | Garcia | 10/25/2014 | 7/22/2016 |
| Lino A. | | Garcia | 3/4/2016 | 7/22/2016 |
| Rogelio Calletano | | Garcia | 1/8/2016 | 1/8/2016 |
| Rodrigo | | Garcia Ortega | 4/4/2016 | 7/22/2016 |
| Francisco J. | | Garcia P. | 6/10/2015 | 6/10/2015 |
| Gerardo | | Garcia Rivera | 2/5/2016 | 2/5/2016 |
| Miguel | | Garcia Torres | 4/15/2016 | 6/10/2016 |
| Christian E. | | Garcia-Mendoza | 10/25/2014 | 8/19/2016 |
| Jose Guadalupe | | Garibaldi | 12/25/2015 | 8/19/2016 |
| Edgar Rene | | Gil Perez | 12/25/2015 | 4/29/2016 |
| Pedro | | Girarte Ramirez | 4/4/2016 | 4/4/2016 |
| Guillermo | | Gomez Bedolla | 6/24/2016 | 8/19/2016 |
| Pedro | | Gomez Marquez | 1/22/2016 | 8/19/2016 |
| Lidia | | Gonzalez | 1/10/2015 | 8/5/2016 |
| Sergio F. | | Gonzalez | 10/10/2015 | 8/5/2016 |
| Angel G. | | Gonzalez A. | 10/25/2014 | 11/10/2014 |
| Jose Miguel | | Gonzalez de Lucio | 2/25/2015 | 8/5/2016 |
| Isidro | | Goxcon Beltran | 12/25/2015 | 2/5/2016 |

## Exhibit A

| First Name | Middle | Last Name | Begin Violation | End Violation |
|---|---|---|---|---|
| Erick Alexander | | Granados | 10/25/2014 | 11/25/2015 |
| Pablo | | Granados | 11/10/2014 | 4/25/2015 |
| Jose E. | | Guerrero | 4/10/2015 | 4/10/2015 |
| Luis A. | | Guerrero Gonzalez | 12/25/2015 | 6/10/2016 |
| Zeferino | | Guerrero Rivera | 12/10/2015 | 6/10/2016 |
| Jaime | | Gutierrez | 1/22/2016 | 7/8/2016 |
| Silvino | | Gutierrez | 2/10/2015 | 2/25/2015 |
| Eduardo | | Gutierrez G. | 10/25/2014 | 3/4/2016 |
| Pedro | | Gutierrez Jr. | 7/8/2016 | 7/8/2016 |
| Juan | | Gutierrez R. | 2/10/2015 | 3/10/2015 |
| Francisco J. | | Hernandez | 10/25/2014 | 10/25/2014 |
| Geovani A. | | Hernandez | 1/22/2016 | 2/5/2016 |
| Gustavo | | Hernandez | 10/25/2014 | 11/10/2014 |
| Jose | | Hernandez | 9/10/2015 | 7/22/2016 |
| Jose L. | | Hernandez | 10/25/2014 | 8/19/2016 |
| Jose Renberto | | Hernandez M. | 5/13/2016 | 8/19/2016 |
| Edwin A. | | Hernandez Medrano | 12/25/2015 | 8/19/2016 |
| Jaime | | Hernandez Rodriguez | 4/15/2016 | 4/15/2016 |
| Ramon | | Hernandez Sanchez | 10/25/2014 | 12/10/2015 |
| Ruben | | Herrera Alvarado | 4/29/2016 | 4/29/2016 |
| Dagoberto | | Herrera V. | 1/25/2015 | 11/25/2015 |
| Eduardo | | Herrera V. | 1/25/2015 | 3/10/2015 |
| Javier | | Herrera V. | 1/25/2015 | 4/29/2016 |
| Rene N. | | Inzurriaga | 10/25/2014 | 12/10/2015 |
| Martin | | Inzurriaga N. | 10/25/2014 | 5/13/2016 |
| Manuel | | Inzurriaga Nevares | 10/25/2014 | 7/22/2016 |
| Gabriel | | Jimenez Arispe | 3/4/2016 | 4/4/2016 |
| Ernesto | | Jimenez S. | 12/25/2015 | 12/25/2015 |
| Jesus O. | | Jurado Chavez | 5/13/2016 | 5/13/2016 |
| Jesus Omaly | | Koyoc Bahena | 3/4/2016 | 4/15/2016 |
| Luis A. | | Lara | 12/10/2015 | 12/10/2015 |
| Luis Carlos | | LeBaron | 12/10/2015 | 12/10/2015 |
| Pedro A. | | Lizama | 3/4/2016 | 7/22/2016 |
| Oscar A. | | Lizama Cruz | 3/4/2016 | 8/5/2016 |
| Jose Luis | | Lizaola R. | 2/10/2015 | 5/10/2015 |
| Francisco R. | | Lizardi | 6/10/2015 | 10/25/2015 |
| Salvador | | Llagas-Perez | 11/10/2014 | 3/4/2016 |
| Alan | | Lopez | 5/13/2016 | 8/19/2016 |
| Erik Ernesto | | Lopez | 7/8/2016 | 7/8/2016 |
| Jose Cain | | Lopez | 4/10/2015 | 4/10/2015 |
| Leticia E. | | Lopez | 5/13/2016 | 8/19/2016 |
| Miguel Angel | | Lopez A. | 7/8/2016 | 8/19/2016 |
| Marco Antonio | | Lopez UC | 3/4/2016 | 8/5/2016 |

Secy v. Kyco Services, LLC et al.

**Exhibit A**

| First Name | Middle | Last Name | Begin Violation | End Violation |
|---|---|---|---|---|
| Rodolfo A. | | Loredo Munoz | 1/8/2016 | 1/8/2016 |
| Rosendo | | Lucas | 1/22/2016 | 4/15/2016 |
| Raul | | Luviano-Guzman | 12/25/2014 | 12/25/2014 |
| Oscar J. | | Maldonado A. | 9/10/2015 | 11/25/2015 |
| Leandro | | Maraboli Jara | 4/4/2016 | 6/24/2016 |
| Carlos | | Marmolejo | 9/10/2015 | 9/10/2015 |
| Rosa I. | | Marmolejo | 9/10/2015 | 9/10/2015 |
| Alejandro | | Marquez | 4/15/2016 | 4/15/2016 |
| Luis Alejandro | | Marquez | 1/22/2016 | 8/19/2016 |
| Jesus | | Marquina | 12/25/2015 | 8/19/2016 |
| Alonso | | Martinez | 4/4/2016 | 6/10/2016 |
| Javier | | Martinez | 7/22/2016 | 8/19/2016 |
| Jose Antonio | | Medina G. | 6/24/2016 | 8/19/2016 |
| Jose | | Mejia | 11/25/2015 | 8/19/2016 |
| Iban | | Mejia Carrillo | 5/27/2016 | 7/8/2016 |
| Serafin | | Mejia Coronel | 5/27/2016 | 8/19/2016 |
| Ibrihim Gabriel | | Melendez | 2/19/2016 | 4/4/2016 |
| Eliseo | | Mellado | 3/4/2016 | 3/4/2016 |
| Alejandro Lozano | | Mena | 12/25/2015 | 6/10/2016 |
| Luis V. | | Mente | 6/25/2015 | 6/25/2015 |
| Roberto | | Meraz | 2/5/2016 | 8/19/2016 |
| Rogelio | | Moctezuma P. | 10/25/2014 | 8/19/2016 |
| Carlos Omar | | Monreal | 1/22/2016 | 2/5/2016 |
| Ramon | | Monreal Monreal | 12/10/2015 | 2/5/2016 |
| Julio | | Morales | 12/10/2014 | 10/25/2015 |
| Luis F. | | Morales | 2/19/2016 | 4/15/2016 |
| Violeta | | Morales | 5/10/2015 | 9/10/2015 |
| Daniel | | Morales | 4/29/2016 | 5/13/2016 |
| Oscar | | Morales F. | 12/10/2015 | 4/15/2016 |
| Alejandro | | Morales Fernandez | 2/19/2016 | 4/15/2016 |
| Edwin | | Morales M. | 12/10/2014 | 10/25/2015 |
| Ismael | | Munoz B. | 4/29/2016 | 4/29/2016 |
| Guadalupe Venegas | | Murguia | 12/10/2015 | 7/8/2016 |
| David A. | | Najera Sansabas | 12/25/2014 | 12/25/2014 |
| Natalio | | Naranjo | 8/25/2015 | 9/25/2015 |
| Oscar | | Naranjo | 10/25/2014 | 8/10/2015 |
| Samuel | | Naranjo | 10/10/2015 | 6/10/2016 |
| Felix | | Naranjo T. | 2/5/2016 | 2/5/2016 |
| Vicente | | Nava | 4/25/2015 | 4/25/2015 |
| Mauro R. | | Nava E. | 6/25/2015 | 8/25/2015 |
| Luis Edgar | | Nava Vizcaino | 10/25/2014 | 7/8/2016 |
| Candelario | | Nevarez | 12/25/2015 | 8/19/2016 |
| Jose | | Olega Ramirez | 10/25/2014 | 7/22/2016 |

Exhibit A

| First Name | Middle | Last Name | Begin Violation | End Violation |
|---|---|---|---|---|
| Rodolfo | | Ortega C. | 4/25/2015 | 6/10/2015 |
| Rodolfo | | Ortega M. | 4/25/2015 | 6/25/2015 |
| Carlos | | Ortiz | 5/27/2016 | 6/10/2016 |
| Victor J. | | Ortiz | 2/25/2015 | 2/25/2015 |
| Jose | | Ortiz Gutierrez | 11/25/2014 | 4/25/2015 |
| Juan Gabriel | | Pacas R. | 6/25/2015 | 10/25/2015 |
| Hector Rene | | Padilla S. | 11/10/2015 | 7/8/2016 |
| Arturo | | Paisano | 12/25/2015 | 5/27/2016 |
| Gabriel R. | | Paisano | 10/25/2014 | 3/4/2016 |
| Rodrigo | | Paisano | 11/25/2014 | 3/4/2016 |
| Miguel Angel | | Paulino B. | 4/15/2016 | 8/19/2016 |
| Joel | | Perez | 7/25/2015 | 3/4/2016 |
| Constantino | | Perez Tecomahua | 6/25/2015 | 8/25/2015 |
| Efrain | | Perez Vargas | 12/10/2015 | 3/4/2016 |
| Manuel Alejandro | | Quezada Inzurriaga | 10/25/2014 | 1/25/2015 |
| Alberto | | Ramirez | 1/10/2015 | 8/19/2016 |
| b m | | Ramirez | 8/5/2016 | 8/5/2016 |
| Ivan J. | | Ramirez | 10/25/2014 | 2/25/2015 |
| Jose O. | | Ramirez | 1/25/2015 | 1/25/2015 |
| Omarvin | | Ramirez | 5/10/2015 | 10/25/2015 |
| Alfredo | | Ramirez de los Santos | 4/29/2016 | 4/29/2016 |
| Cesar Heriberto | | Ramirez Gonz | 1/22/2016 | 8/5/2016 |
| David Alejandro | | Ramirez Gonzalez | 1/25/2015 | 8/5/2016 |
| Jose | | Ramos I. | 4/10/2015 | 4/10/2015 |
| Pedro | | Renteria | 3/4/2016 | 3/4/2016 |
| Emilio | | Resendiz | 3/18/2016 | 3/18/2016 |
| Eusebio | | Resendiz | 2/5/2016 | 3/18/2016 |
| Manuel J. | | Reyes Hernadez | 1/22/2016 | 8/19/2016 |
| Raul | | Reyes Juarez | 3/18/2016 | 6/10/2016 |
| Cesar Ivan | | Rios G. | 1/25/2015 | 1/25/2015 |
| Jessica Lorena | | Rivera Ramos | 1/22/2016 | 2/5/2016 |
| Armando | | Rodriguez | 12/10/2015 | 8/5/2016 |
| Carlos H. | | Rodriguez | 4/15/2016 | 6/10/2016 |
| Luis Alejandro | | Rodriguez | 6/24/2016 | 7/22/2016 |
| Carlos H. | | Rodriguez E. | 4/15/2016 | 6/10/2016 |
| Jaime | | Rodriguez Hernandez | 1/22/2016 | 6/10/2016 |
| Jose Isreal | | Rodriguez S. | 4/10/2015 | 7/10/2015 |
| Mario | | Rojas Salazar | 4/15/2016 | 4/15/2016 |
| Jose J. | | Romero | 12/10/2014 | 8/25/2015 |
| Juan F. Romero | | Romero | 6/10/2016 | 8/19/2016 |
| Ruben | | Romero | 11/10/2014 | 6/24/2016 |
| William A. | | Romero Carpio | 7/8/2016 | 7/8/2016 |
| Antonio | | Ruiz Gomez | 6/10/2015 | 6/10/2015 |

**Secy v. Kyco Services, LLC et al.**

**Exhibit A**

| First Name | Middle | Last Name | Begin Violation | End Violation |
|---|---|---|---|---|
| Rene | | Ruiz O. | 7/25/2015 | 7/25/2015 |
| Mario Rojas | | Salazar | 1/22/2016 | 8/19/2016 |
| Arturo | | Salgado C. | 2/25/2015 | 2/25/2015 |
| Martin | | Sanches | 2/10/2015 | 3/4/2016 |
| Rafael | | Sanchez | 5/25/2015 | 9/10/2015 |
| Salvador | | Sanchez | 8/10/2015 | 11/10/2015 |
| Vicente | | Sanchez | 1/10/2015 | 1/10/2015 |
| Alfonso | | Sandoval | 1/22/2016 | 6/10/2016 |
| Jesus J. | | Sandoval | 1/22/2016 | 7/22/2016 |
| Emiliano | | Sandoval Equihua | 12/25/2014 | 12/25/2014 |
| Samuel | | Sandoval S. | 2/25/2015 | 2/25/2015 |
| Gustavo | | Secundino | 7/22/2016 | 8/19/2016 |
| Marcelino | | Secundino S. | 7/22/2016 | 8/19/2016 |
| Glenda Mariso | | Serrano Hernandez | 1/8/2016 | 8/19/2016 |
| Luis A. | | Solano | 11/10/2014 | 7/25/2015 |
| Leonardo | | Sotelo | 12/10/2015 | 2/5/2016 |
| Israel | | Tome Poxtan | 12/25/2015 | 4/29/2016 |
| Jesus | | Torres | 12/25/2015 | 12/25/2015 |
| Juan Osorio | | Torres | 2/5/2016 | 6/10/2016 |
| Angel Eliseo | | Torres C. | 2/10/2015 | 10/25/2015 |
| Antonio | | Torres Carrillo | 10/25/2014 | 7/10/2015 |
| Antonio | | Torres P. | 10/25/2014 | 7/10/2015 |
| Felix Gustovo | | Trejo | 1/8/2016 | 2/5/2016 |
| Victor | | Trejo | 12/25/2015 | 2/5/2016 |
| Marco Antonio | | Trejo Chavez | 1/8/2016 | 2/5/2016 |
| Mauricio | | Trujillo | 2/25/2015 | 5/13/2016 |
| Cutberto C. | | Trujillo R. | 10/25/2014 | 5/13/2016 |
| Martin | | Trujillo R. | 10/25/2014 | 6/24/2016 |
| Alberto | | Valdez | 10/25/2014 | 10/25/2014 |
| Braulio | | Valdez | 10/25/2014 | 10/25/2014 |
| Alfredo | | Valdez Hernandez | 12/10/2015 | 7/22/2016 |
| Braulio | | Valdez S. | 10/25/2014 | 10/25/2014 |
| Jose Francisco | | Valencia C. | 12/10/2015 | 2/5/2016 |
| Carlos | | Valenzuela | 8/10/2015 | 8/19/2016 |
| Hector | | Valenzuela | 8/10/2015 | 8/19/2016 |
| Julian | | Valenzuela | 8/10/2015 | 1/22/2016 |
| Ismael | | Valenzuela R. | 8/19/2016 | 8/19/2016 |
| Rogelio | | Vasquez | 10/25/2014 | 5/25/2015 |
| Jeffrey | | Vega Y. | 2/10/2015 | 9/10/2015 |
| Juan Carlso C. | | Velasquez | 12/25/2015 | 12/25/2015 |
| Jaun Carlos | | Velasquez C | 1/22/2016 | 4/4/2016 |
| Adriana | | Venzor Gomez | 5/13/2016 | 7/22/2016 |
| Ines Beltran | | Vera | 1/22/2016 | 8/19/2016 |

**Secy v. Kyco Services, LLC et al.**

**Exhibit A**

| First Name | Middle | Last Name | Begin Violation | End Violation |
|---|---|---|---|---|
| Valentin Ricardo | | Vezcain | 10/25/2014 | 7/22/2016 |
| Jose C. | | Vizcaino G. | 1/25/2015 | 5/10/2015 |
| Mario | | Vizcaino R. | 7/10/2015 | 8/10/2015 |
| Jesus Alberto | | Vizcaino Virgen | 10/25/2014 | 8/19/2016 |
| Hermilio Coto | | Xolot | 6/24/2016 | 6/24/2016 |
| Eliseo | | Yam UC | 5/25/2015 | 9/10/2015 |
| Jessie | | Ybarra | 9/10/2015 | 9/10/2015 |
| Juan | | Zacarias | 10/25/2014 | 4/10/2015 |
| Juan Eduardo | | Zacarias Catalan | 4/10/2015 | 4/10/2015 |